UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD C. LEONARD,<br><br>    Petitioner,<br><br>  v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | Case No. 5:19-cv-00501-RGK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING ACTION WITH PREJUDICE** |

  Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge with the following exception: Page 8, lines 24-26 of the R&R are amended to read, "Pet. Mem. at 6, if the state court's denial was based on an implicit finding that state law did not require that this instruction be given or that any error in that regard was harmless as a matter of state law, this Court is bound by and may not revisit that determination. See Bradshaw v. Richey, 546 U.S. 74, 76 (2006) (per curiam)."

IT IS THEREFORE ORDERED that Judgment be entered (1) **DENYING** the Petition for a Writ of Habeas Corpus; and (2) **DISMISSING** this action with prejudice.

Dated: April 14, 2020

*Gary Klausner*
HONORABLE R. GARY KLAUSNER
United States District Judge